1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

MARY L. FRANK,                                    )
                                                  )
9                          Plaintiff,             )        CASE NO.  C06-1020-JLR
                                                  )
10        v.                                      )        ORDER
                                                  )
11    SEATTLE SCHOOL DISTRICT et al.,             )
                                                  )
12                         Defendants.            )
      _____)

13

14        On July 19, 2006, Plaintiff lodged a *pro se* employment discrimination complaint in this

15    Court pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*  Plaintiff

16    complains of the following actions by Defendants: termination of her employment, failure to

17    promote, negligence, defamation of character, conspiracy, and violation of Title I of the

18    Americans with Disabilities Act of 1990.  Dkt. # 3.  Plaintiff has been granted leave to proceed *in*

19    *forma pauperis*.  Dkt. #2.

20        Having reviewed Plaintiff's motion, and the record in its entirety, the Court finds and

21    ORDERS:

22        (1)     Plaintiff's case is referred to the Screening Committee of this Court's *pro bono*

23    panel.  The Committee shall review the case and make its recommendation to the Court, in

24    accordance with the plan and rules for the *pro bono* panel.

25        (2)     Plaintiff's motion for appointment of counsel (Dkt. #5) shall be RE-NOTED for

26    ORDER - 1

1   consideration on December 22, 2006, to allow the *pro bono* panel time to make its

2   recommendation.

3        DATED this 6th day of November, 2006.

                               MONICA J. BENTON
                               United States Magistrate Judge

ORDER - 2